UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO GALLARDO-SOSA,<br><br>Defendant. | No. 2:09-cr-00407-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ALFREDO GALLARDO-SOSA; Case No. 2:09-cr-00407-KJM, from custody for the following reasons:

\_\_Release on Personal Recognizance

\_\_Bail Posted in the Sum of $

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

__X__ (Other): Time Served

Issued at Sacramento, California on __10/29/14__, at __1:05 p.m.__

_____
Kimberly J. Mueller
United States District Judge