UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:09-cr-00407-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| ALFREDO GALLARDO-SOSA, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ALFREDO GALLARDO-SOSA;

Case No. 2:09-cr-00407-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

___X___ (Other): Time Served

Issued at Sacramento, California on ___10/29/14___, at ___1:05 p.m.___

Kimberly J. Mueller
United States District Judge